UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FOREMOST SIGNATURE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SWANK PLASTERING, LLC, and SWANK LLC, | ) ) ) ) |
| Defendants. | ) |

Case No. 4:18-cv-64

**COMPLAINT FOR DECLARATORY JUDGMENT**

Comes now Plaintiff, Foremost Signature Insurance Company, by counsel, and for its Complaint for Declaratory Judgment pursuant to 28 U.S.C. § 201 and Fed. Rule of Civil Procedure 57 states as follows:

**I. JURISDICTION AND VENUE**

1. Swank LLC is an entity whose only member is Mark Swank who is a citizen of Indiana. Its only office is located in New Albany, Indiana. Swank LLC is a citizen of Indiana.

2. Swank Plastering, LLC is an entity whose only member is Mark Swank who is a citizen of Indiana. Its only office is located in New Albany, Indiana. Swank Plastering, LLC is a citizen of Indiana.

3. Foremost Signature Insurance Company (hereinafter referred to as "Foremost") is an insurance company organized under the laws of the state of Michigan with its principal office in Grand Rapids, Michigan and is authorized to do business in Indiana. It is a citizen of Michigan.

4. The amount in controversy exceeds $75,000 exclusive of interest and costs.

5. Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because events giving rise to this action occurred in this district and Swank Plastering, LLC and Swank LLC are residents of this district.

## II. CLAIM FOR DECLARATORY RELIEF

### A. Failure of Consideration

7. Swank LLC applied for a commercial general liability policy with Foremost.

8. In applying for the policy, Swank LLC represented that it was a limited liability company whose business was interior painting.

9. Foremost never received any premiums or any other consideration for the policy.

10. Notices were sent by Foremost to Swank LLC seeking payment of premiums for the policy.

11. Because there was a failure of consideration, no contract was ever formed between Swank LLC and Foremost.

12. If a contract had been formed, the policy period would have been begun on June 26, 2013. Copies of the forms that would have been a part of the policy if a valid contract had been formed are attached as Exhibit A.

### B. Claims by Council of NuLu Lofts

13. NuLu Lofts LLC was in control of the Council of NuLu Lofts during the construction of a Condominium Project at 830 E. Main Street, Louisville, Kentucky (hereinafter referred to as "the Project") and as the entity in control acted as the Council of NuLu Lofts' agent in contracting for construction work on the Project.

14. ARC Construction Management LLC ("ARC"), as the General Contractor and agent on behalf of NuLu Lofts and the Council of NuLu Lofts, entered a contract with Swank Plastering, LLC on May 26, 2010.

15. Pursuant to the Contract between Swank Plastering, LLC and ARC, Swank Plastering, LLC agreed to install an Exterior Insulation and Finishing System (EIFS) (exterior plaster) at the Project.

16. On or about August 20, 2017, Council of NuLu Lofts Condominiums, Inc. f/k/a Council of Co-Owners of SoHo Lofts Condominiums, Inc. filed an Amended Complaint naming Swank Plastering, LLC as a defendant alleging that Swank Plastering, LLC performed defective work in the installation of the EIFS at the Project. A copy of the Council's Amended Complaint is attached as Exhibit B.

17. Swank Plastering, LLC requested coverage for the claims from Foremost based on the alleged policy issued to Swank LLC.

18. The Foremost Policy Forms contain the following insuring language:

> In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.
> ***
> NAMED INSURED AND MAILING ADDRESS
> SWANK LLC
> DMS PROPERTIES
> ***
> BUSINESS ENTITY: LIMITED LIABILITY
> BUSINESS DESCRIPTION: PAINTING-INTERIOR
> ***
> Throughout this policy the words you and your refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.
> ***
> WHO IS INSURED
> 1. If you are designated in the Declarations as:
> ***
>     c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your

    business. Your managers are insureds, but only with respect to their duties as your managers.

***

2. Each of the following is also an insured:
    a. Your employees … but only for acts within the scope of employment by you or while performing duties related to the conduct of your business.

***

  e. Your subsidiaries and subsidiaries of your subsidiaries will qualify as Named Insureds **if** shown as a Named Insured in the Declarations or if not shown as a Named Insured in the Declarations….,
    (1) Such entity has been incorporated or organized prior to the effective date of this policy under the laws of the United States of America (including any state thereof)…
    (2) You currently own an interest in such entity of more than fifty percent.

***

4. Any organization you newly acquire or form other than a partnership, joint venture or limited liability company and over which you maintain ownership of majority interest will qualify as a Named Insured if there is no other similar insurance available to that organization. However:
    a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period whichever is earlier.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

***

We will pay those sums that the insured becomes legally obligated to pay as damages because of …"property damage" to which this insurance applies.

This insurance applies to "bodily injury" and "property damage" only if:
1. The "bodily injury": or "property damage" is caused by an "occurrence" that takes place in the coverage territory
2. The "bodily injury" or property damage occurs during the policy period; and

***

  c. "Bodily Injury" or "property damage" which occurs during the policy period and was not prior to the policy period known to have occurred by any insured listed … includes any continuation, change or resumption of that …"property damage" after the end of the policy period.

19. The Foremost Policy Forms contain the following exclusions:

   **2. Exclusions.**
   This insurance does not apply to:
   \*\*\*
   k. **Damage to Your Product**
   "Property damage" to "your product" arising out of it or any part of it.

   l. **Damage to Your Work**

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

   m. **Damage to Impaired Property or Property Not Physically Injured**

   "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

   (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or
   \*\*\*
   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

   n. **Recall of Products, Work or Impaired Property**

   Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

   (1) "Your product";
   (2) "Your work"; or
   \*\*\*
   **if** such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.
   \*\*\*

D. For insurance provided by the Commercial General Liability Coverage Form:

1. In **COVERAGE A, BODILY INJURY AND PROPERTY DAMAGE,** Paragraph **j. Damage to Property** is deleted and replaced by the following:

  j.  **Damage to Property**

    "Property damage" to:

          ***

    (6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

          ***

    Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

          ***

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:
   a.  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or
   b.  You have failed to fulfill the terms of a contract or agreement;
   **if** such property can be restored to use by:
   a.  The repair, replacement, adjustment or removal of "your product" or "your work"; or
   b.  Your fulfilling the terms of the contract or agreement.

          ***

23. "Your product" means:

    a.  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
      (1)  You;
      (2)  Others trading under your name; or
      (3)  A person or organization whose business or assets you have acquired; and
    b.  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    "Your product" includes:

    a.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and
    b.  The providing of or failure to provide warnings or instructions.

    "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

24. "Your work" means:

    a.  Work or operations performed by you or on your behalf, but does not include work or operations performed by another entity which joined with you to form a partnership or joint venture not shown as a Named Insured in the Declarations, which terminated or ended prior to the effective date of this policy; and

      b.      Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

      a.      Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      b.      The providing of or failure to provide warnings or instructions.

\*\*\*

SECTION IV Commercial General Liability Conditions
6. By accepting this policy, you agree:
   a. The statements in the declarations are accurate and complete
   b. Those statements are based upon representations you made to us
   c. We have issued this policy in reliance upon your representations.

\*\*\*

10. Any unintentional error of omission in the description of, or failure to completely describe any … operations intended to be covered by this Coverage Part will not invalidate or affect coverage for those premises or operations.  However, you must report such error or omission to us as soon as practicable after its discovery.

\*\*\*

The following exclusion is added to **paragraph 2. Exclusions of Section I.- Coverage A – Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions of Coverage B-Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

A. "Bodily injury", "property damage" or "personal and advertising injury" caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:
   1. "Fungi" or "bacteria"; or
   2. Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".
B. Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, 'fungi" or "bacteria", by any insured or by any other person or entity.
C. For the purposes of this exclusion, the following definitions are added:
   1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or by-products produced or released by fungi.

    20.    An actual controversy has arisen concerning whether there is a valid contract between Foremost and Swank LLC.

21. In the event it is determined there was a valid contract, there is an actual controversy whether claims made against Swank Plastering, LLC would be covered under that contract.

WHEREFORE, Plaintiff, Foremost Signature Insurance Company, prays for a judgment from the court declaring that:

1. There was a failure of consideration and no valid contract of insurance ever existed between Foremost and Swank LLC;

2. Foremost has no duties or obligations to Swank LLC or anyone else arising from the purported policy;

3. Even if a valid contract had existed, Swank Plastering, LLC is not an insured;

4. Foremost has no duty to defend or indemnify Swank Plastering, LLC for claims that have been made against it by the Council of NuLu Lofts Condominiums, Inc.; and

for all other relief proper in the premises.


Dated: April 12, 2018

s/Laura S. Reed
Laura S. Reed
Atty. No. 11652-49
RILEY BENNETT EGLOFF LLP
141 East Washington Street, Fourth Floor
Indianapolis, IN 46204
(317) 636-8000
(317) 636-8027-fax
lreed@rbelaw.com

Attorneys for Plaintiff,
Foremost Signature Insurance Company